UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO.: 8-22-73148-ast |
|  | : | CHAPTER: 7 |
| Elvin Calvache | : |  |
| Pro-Se Debtor | : | **NOTICE OF APPEARANCE** |
|  | : |  |
|  | : | HON. JUDGE.: |
|  | : | Alan S. Trust |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 7 case on behalf of Truman Capital Advisors as Servicer for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Truman Capital Advisors as Servicer for
> U.S. Bank National Association as Legal Title Trustee for
> Truman 2016 SC6 Title Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a

District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: 01/26/2023
       Garden City, New York

                    By: /s/ Katherine Heidbrink, Esq.
                    Katherine Heidbrink, Esq.
                    FRIEDMAN VARTOLO, LLP
                    Attorneys for Attorneys for Truman Capital Advisors as Servicer for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
                    1325 Franklin Avenue, Suite 160
                    Garden City, NY 11530
                    T: (212) 471-5100
                    F: (212) 471-5150